FILED

OCT 17 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

WILLIAM D. DUNNE,

          Plaintiff - Appellant,

  v.

D. SMITH; et al.,

          Defendants - Appellees.

No. 11-16342

D.C. No. 1:07-cv-00074-BLW

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
B. Lynn Winmill, Chief Judge, Presiding

Submitted October 9, 2012[**]

Before:    RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

    Federal prisoner William D. Dunne appeals pro se from the district court's

summary judgment in his action brought under *Bivens v. Six Unknown Named*

*Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), alleging that a prison

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

policy restricting access to newspapers and magazines in the Special Housing Unit violated his First and Fifth Amendment rights.  We have jurisdiction under 28 U.S.C § 1291.  We review de novo.  *Morrison v. Hall*, 261 F.3d 896, 900 (9th Cir. 2001).  We affirm.

The district court properly granted summary judgment because Dunne failed to raise a genuine dispute of material fact as to whether the policy is not reasonably related to legitimate penological interests.  *See id.* at 901 ("[A] regulation that impinges upon a prisoner's constitutional rights is valid if the regulation is reasonably related to legitimate penological interests." (citations and internal quotation marks omitted)).  Nor did Dunne raise a genuine dispute of material fact as to whether he was actually denied access to the law library and reading material.  *See W. Radio Servs. Co. v. U.S. Forest Serv.*, 578 F.3d 1116, 1119 (9th Cir. 2009) (discussing the requirements of a *Bivens* action, including the deprivation of a federal right).

**AFFIRMED.**